## IN THE SUPREME COURT OF THE STATE OF NEVADA

PYRAMID LAKE PAIUTE TRIBE,
Petitioner,

vs.

WASHOE COUNTY BOARD OF
COUNTY COMMISSIONERS,
Respondent,

and

ORNI 36, LLC,
Real Party in Interest.

No. 82551

FILED

SEP 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING PETITION*

Pursuant to the stipulation of the parties, and cause appearing, this writ petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Kemp Jones, LLP
      Leonard Law, PC
      Washoe County District Attorney/Civil Division

21-27213